**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

February 12, 2024

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

VIA ECF

100 WALL STREET
NEW YORK, NEW YORK 10005
212.687.0100

ROY W. BREITENBACH
MEMBER
DIRECT:   516.880.8378

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   *Cooperman v. Empire HealthChoice Assurance, Inc.*, 1:24-cv-00866-JLR

Dear Judge Rochon:

  We represent the Plaintiffs in this lawsuit that Defendants removed from the New York State Supreme Court. Plaintiffs commenced this lawsuit in State Supreme Court through the filing and service of a summons with notice. We write with the consent of Defendants' counsel to jointly request that the Court enter an Order fixing the following pleading schedule in this lawsuit: (1) Plaintiffs to file and serve their Complaint on or before **March 14, 2024**; and (2) Defendants answer, move against, or otherwise respond to this Complaint on or before **April 15, 2024**. This is the first such request for the entry of a schedule or the enlargement of time in this action.

The request is GRANTED. Plaintiffs shall file and serve their Complaint by March 14, 2024. Defendants shall respond to the Complaint by April 15, 2024.

Respectfully,

HARRIS BEACH PLLC

*Roy W. Breitenbach*

Roy W. Breitenbach

Dated: February 12, 2024
   New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RWB:

cc:   Valerie Sirota, Esq.