Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Valerie Sirota**
D 212.704.6067
valerie.sirota@troutman.com

> The request is GRANTED.  The initial pre-trial conference is adjourned from April 3, 2024 to **May 2, 2024 at 12:30 p.m.**
>
> Dated:   March 21, 2024
>           New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

March 21, 2024

<u>**BY ECF**</u>

Hon. Jennifer L. Rochon
United States District Court for the Southern
   District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Ross Cooperman M.D. and Ross Cooperman, M.D. LLC v. Empire HealthChoice HMO, Inc. and Empire HealthChoice Assurance, Inc.*
      Civil Action No. 1:24-cv-00866
      <u>**Consent Request for Adjournment of Initial Conference**</u>

Your Honor:

We represent Defendants Anthem HealthChoice HMO, Inc. and Anthem HealthChoice Assurance, Inc, formerly known as Empire HealthChoice HMO, Inc. and Empire HealthChoice Assurance, Inc. ("Anthem") in the above-referenced action.  The parties respectfully request adjournment of the Initial Conference currently set for April 3, 2024.

Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Anthem states the following:

1. The Initial Conference is currently scheduled for April 3, 2024;

2. This is Anthem's first request for an adjournment;

3. Counsel for Plaintiff consents to this request; and

4. The parties propose the following mutually agreeable dates for adjournment of the Conference: May 1, 2, or 3.

Thank you for your consideration of this request.

Respectfully submitted,

*Valerie Sirota*

Valerie Sirota