> The request is GRANTED. Plaintiffs shall file their opposition to Defendant's motion by September 23, 2024. Defendant shall file its reply by October 15, 2024.
>
> Dated: August 21, 2024
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

333 EARLE OVINGTON BLVD
SUITE 901
UNIONDALE, NY 11553

**DANIEL S. HALLAK**
SENIOR COUNSEL
DIRECT:  516-880-8484
FAX:       516-880-8483
DHALLAK@HARRISBEACH.COM

August 20, 2024

**Via ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE:  *Ross Cooperman M.D. and Ross Cooperman, M.D. LLC v. Empire HealthChoice HMO, Inc. and Empire HealthChoice Assurance, Inc*, 1:24-cv-00866
Letter Motion for Extension of Briefing Schedule

Dear Judge Rochon:

We represent the Plaintiffs in this action. We submit this letter motion to request an extension of the deadline for Plaintiffs to file opposition to Defendant's motion to dismiss from August 28, 2024 to September 23, 2024. Plaintiff has conferred with counsel for Defendant who consents to this application. This is the first request for an extension of this deadline by either party.

Defendant filed a motion to dismiss on August 14, 2024 (Dkt 27). Since the filing, the parties have been engaged in settlement discussions to hopefully resolve the case. Plaintiffs' counsel needs additional time to confer with the individual Plaintiffs to put forth a meaningful response. We respectfully request the additional time so that the parties can focus their efforts on a potential resolution. This extension will not prejudice either party or affect any other scheduled dates.

If Your Honor is amenable to this request, Plaintiffs respectfully request that the following briefing schedule be entered:

Deadline for Plaintiffs to file opposition to Defendant's motion:    September 23, 2024

Deadline for Defendant to file reply:    October 15, 2024

Hon. Jennifer L. Rochon
August 20, 2024
Page 2



Thank you for your consideration of the instant application.

                Very truly yours,

                HARRIS BEACH PLLC

                /s/ *Daniel S. Hallak*
                Daniel S. Hallak

DSH:ab