**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

May 19, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:  (516).880.8378
MOBILE: 516.382.5126
FAX:     516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

VIA ECF

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> The request for an extension of time to file the amended complaint is GRANTED. Plaintiffs shall file an amended complaint by May 27, 2025.
>
> **SO ORDERED.**
>
> Dated: May 20, 2025
>        New York, New York
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:    Cooperman v. Empire HealthChoicem 1:24-cv-00866-JLR

Dear Judge Rochon:

    We represent the Plaintiffs in this lawsuit. On March 28, 2025, the Court issued its Opinion and Order (ECF 41) deciding Defendants' motion to dismiss, and establishing April 28, 2025 as the deadline for Plaintiffs, if they choose, to file an amended complaint. By Order entered April 25, 2025 (ECF 43), Your Honor extended this deadline to May 12, 2025. By Order entered May 13, 2025, Your Honor extended this deadline to May 19, 2025 (ECF 45).

    Plaintiffs, with Defendants' consent, now respectfully request a final extension of this deadline to file an amended complaint to May 27, 2025. The reason for this request is that the undersigned's wife has been critically ill and hospitalized for the past four weeks due to acute renal failure and chronic respiratory failure. She was discharged on Saturday, May 17. Much of the time undersigned's time last week was occupied in coordinating home care and outpatient dialysis. Now that everything is in place, the amended complaint can be finalized this week and filed by May 27th. This is the third request for extension of this deadline, and, if granted, the extension will not affect any other deadline in the case.

Respectfully,

Roy W. Breitenbach

RWB:

cc:    Valerie Sirota, Esq.