**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

June 16, 2025

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

VIA ECF

Roy W. Breitenbach
Member
Direct:  (516).880.8378
Mobile: 516.382.5126
Fax:     516.880.8483
rbreitenbach@harrisbeachmurtha.com

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Plaintiffs' request for an extension of the deadline to file an amended complaint is GRANTED. Plaintiffs shall have until July 15, 2025 to file an amended complaint.*

Date: June 17, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RE:   Cooperman v. Empire HealthChoice, 1:24-cv-00866-JLR

Dear Judge Rochon:

We represent the Plaintiffs in this lawsuit. Plaintiffs, with Defendants' consent, now respectfully request an extension of this deadline to file an amended complaint to July 15, 2025. The reason for this request is that the parties are in the process of settlement negotiations and believe that the additional time without the need to file an amended complaint would enable them to focus entirely on reaching a mutually satisfactory settlement that would call for the dismissal with prejudice of this matter.

Respectfully,

Roy W. Breitenbach

RWB:

cc:   Valerie Sirota, Esq.
      Stefanie Cerrone, Esq.