**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

July 15, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

ROY W. BREITENBACH
MEMBER
DIRECT:  (516).880.8378
MOBILE: 516.382.5126
FAX:    516.880.8483
rbreitenbach@harrisbeachmurtha.com

VIA ECF

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   Cooperman v. Empire HealthChoice, 1:24-cv-00866-JLR

Dear Judge Rochon:

We represent the Plaintiffs in this lawsuit. Plaintiffs, with Defendants' consent, now respectfully request an extension of this deadline to file an amended complaint to July 29, 2025. The reason for this request is that the parties are in process of settlement negotiations, and Defendants have just made a new counterdemand. Accordingly, we need to consult with our client and respond. We are asking for two weeks to allow for continued negotiation, if needed.

Respectfully,

Roy W. Breitenbach

RWB:

cc:   Valerie Sirota, Esq.
      Stefanie Cerrone, Esq.

Plaintiffs' request for an extension of the deadline to file an amended complaint is GRANTED. Plaintiffs shall have until July 29, 2025 to file their amended complaint.

Dated: July 16, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**