**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

July 29, 2025

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Roy W. Breitenbach**
Member
Direct:  (516).880.8378
Mobile: 516.382.5126
Fax:     516.880.8483
rbreitenbach@harrisbeachmurtha.com

VIA ECF

The Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> In light of Plaintiffs' representation that the parties are in the process of finishing settlement negotiations, the Court shall grant Plaintiffs until August 4, 2025 to file an amended complaint.
>
> Dated: July 29, 2025
>       New York, New York
>
> **SO ORDERED.**
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:    Cooperman v. Empire HealthChoice, 1:24-cv-00866-JLR

Dear Judge Rochon:

    We represent the Plaintiffs in this lawsuit.  Plaintiffs, with Defendants' consent, now respectfully request an extension of this deadline to file an amended complaint to August 4, 2025.  The reason for this request is that the parties are in process of finishing settlement negotiations,  Accordingly, the parties are asking for a few days' extension to accommodate the process.

                      Respectfully,

                      Roy W. Breitenbach

RWB:

cc:    Valerie Sirota, Esq.
       Stefanie Cerrone, Esq.